# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-4520-SVW (DFM) | Date | October 2, 2018 |
|---|---|---|---|
| Title | Edgar Lopez v. Los Angeles County Sheriff's Department, et al. | | |

Present: The Honorable Douglas F. McCormick

| Nancy Boehme | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re: Dismissal for Lack of Prosecution

On August 7, 2018, the Court dismissed the complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint within 35 days. See Dkt. 5.

Plaintiff did not file a First Amended Complaint by the deadline. Nor has Plaintiff sought any extension of time in which to do so. Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. **Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**

Initials of Clerk   nb